_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
March 28, 2022

Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
joe@saracheklawfirm.com, (646) 517-5420
zachary@saracheklawfirm.com (646) 519-4396
*Special Litigation Counsel for Lenard E. Schwartzer, Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.  BK-S-19-18056-ABL **(Lead Case)** |
| WELSCORP, INC. | **Consolidated under BK-S-19-18056-ABL with:** |
| | Case No. BK-S-20-11597-ABL |
| Debtor. | Case No. BK-S-20-11211-ABL |
| | Case No. BK-S-20-11215-ABL |
| ☐  Affects Einstein Sports Advisory Ltd. | Chapter 7 |
| ☐  Affects QSA LLC | |
| ☐  Affects Wellington Sports Club, LLC | |
| ☐  Affects Welscorp, Inc. | |
| ☒  Affects All Debtors | |
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE | **ADVERSARY PROCEEDING** |
| Plaintiff, | Case No. BK-S-21-01209-ABL |
| vs. | |
| PAUL SHAVER | |
| Defendant. | |

## JUDGMENT BY DEFAULT AGAINST DEFENDANT <u>PAUL SHAVER</u>

Based on the Chapter 7 Trustee Lenard E. Schwartzer's Motion for Default Judgment

1

Against Paul Shaver (the "Motion for Default Judgment"),the Affidavit of Marc B. Ross, the

hearing held on March 24, 2022 (appearances noted on the record), the Court having stated on the

record its findings of fact and conclusions of law, which are incorporated herein pursuant to

Federal Rules of Bankruptcy Procedure 9014(c) and 7052, and Federal Rule of Civil Procedure 52,

with good cause having been shown,

   **IT IS HEREBY ORDERED** that the Motion for Default Judgment is granted in its

entirety;

   **IT IS FURTHER ORDERED** that the Plaintiff Lenard E. Schwartzer, in his capacity as

Chapter 7 Trustee in the above-captioned bankruptcy case, shall recover from Defendant Paul

Shaver the amount of forty-seven thousand five hundred dollars ($47,500.00).

   **IT IS FURTHER ORDERED** that the Trustee is authorized to record this judgment and

take any necessary actions to recover on it.


                                        ###


Submitted by:


*/s/ Zachary E. Mazur*
Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
*Special Litigation Counsel for*
*Lenard E. Schwartzer, Trustee*


2

1

2          **CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

3     In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

4        ☐   The Court has waived the requirement of approval in LR 9021(b)(1).

5        ■   No party appeared at the hearing or filed an objection to the Motion.

6        ☐   I have delivered a copy of this proposed order to all counsel who appeared at the hearing,
7            any unrepresented parties who appeared at the hearing, and each has approved or
             disapproved the order, or failed to respond, as indicated below:
8
9        ☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order
             with the motion pursuant to LR 9014(g), and that no party has objected to the form or
10           content of the order.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          3